UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOE RODRIGUEZ HERNANDEZ, | ) | 1:12-cv—00442-LJO-BAM-HC |
| | ) | |
| Petitioner, | ) | ORDER RE: FINDINGS AND |
| | ) | RECOMMENDATIONS TO DISMISS THE |
| | ) | PETITION WITHOUT PREJUDICE (DOCS. |
| v. | ) | 9, 1) |
| | ) | |
| ANTHONY HEDGPETH, | ) | ORDER DISMISSING THE PETITION |
| | ) | WITHOUT PREJUDICE   (DOC. 1) |
| Respondent. | ) | |
| | ) | ORDER DECLINING TO ISSUE A |
| | ) | CERTIFICATE OF APPEALABILITY, AND |
| | | DIRECTING THE CLERK TO CLOSE THE |
| | | ACTION |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to the Magistrate Judge pursuant to 28 U.S.C.§ 636(b)(1) and Local Rules 302 and 303.

On June 5, 2012, the Magistrate Judge filed findings and recommendations recommending that the petition for writ of habeas corpus be dismissed without prejudice, the Court decline to issue a certificate of appealability, and the Clerk be directed to close the action.  These findings and recommendations were served on all parties on the same date. The findings and recommendations advised that objections could be filed within thirty days.

1

Although the period for filing objections has passed, no party has filed objections.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court finds that the report and recommendations are supported by the record and proper analysis.

Accordingly, it is ORDERED that:

1) The petition is DISMISSED without prejudice for Petitioner's failure to comply with an order of the Court and his failure to exhaust his state court remedies as to his claims; and

2) The Court DECLINES to issue a certificate of appealability; and

3) The Clerk is DIRECTED to close the case.

IT IS SO ORDERED.

**Dated:   July 17, 2012**              /s/ Lawrence J. O'Neill
                                                        UNITED STATES DISTRICT JUDGE